# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>WILLIAM HILL HOLDINGS LIMITED, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01697-JCM-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is a stipulation to extend by 60 days the deadline for Defendants to respond to the complaint. Docket No. 8. The request is sought in light of the pending motion to withdraw as Plaintiff's counsel, as well as the fact that defense counsel is newly retained and needs more time to prepare a response to the complaint. *Id.* at 1-2. Although good cause exists for an extension, sufficient justification has not been provided for a two-month extension. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The deadline for Defendants to respond to the complaint is **EXTNEDED** to February 28, 2023.

IT IS SO ORDERED.

Dated: February 3, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1