# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>WILLIAM HILL HOLDINGS LIMITED, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01697-JCM-NJK<br><br>**Order**<br><br>[Docket No. 7] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff, Docket No. 7, as well as a supplement thereto, Docket No. 10. No response has been filed. For good cause shown, the motion to withdraw is **GRANTED**.[1] The Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiff's address as stated at Docket No. 7 at 2.

Plaintiff is advised that he must familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court, as he must comply with these rules despite his lack of counsel. *E.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012). Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: February 22, 2023

                                              Nancy J. Koppe<br>
                                              United States Magistrate Judge

---

[1] Within this motion is a request to extend the service deadline. *See* Docket No. 7 at 5; *but see* Local Rule IC 2-2(b) (separate documents must be filed for separate requests). It appears that issue is now moot. *See* Docket No. 10 at ¶ 5 (citing Docket No. 6).

1