1  PATRICK H. HICKS, ESQ.
   Bar No. 4632
2  MICHAEL D. DISSINGER, ESQ.
   Bar No. 15208
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada 89169.5937
5  Telephone:    702.862.8800
   Fax No.:       702.862.8811
6  Email: phicks@littler.com
          mdissinger@littler.com
7

   *Attorneys for Defendants*
8  WILLIAM HILL HOLDINGS LIMITED, CAESARS
   ENTERTAINMENT, INC., AND AMERICAN
9  WAGERING, INC.

10              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
11

12  KEVIN JOHNSON, an Individual,          Case No. 2:22-cv-01697-JCM-NJK

                    Plaintiff,             **STIPULATION AND**
13                                         **ORDER TO DISMISS ENTIRE ACTION**
                                           **WITH PREJUDICE**
14          v.

15  WILLIAM HILL HOLDINGS LIMITED, a
    Foreign Corporation; CAESARS
16  ENTERTAINMENT, INC., a Foreign
    Corporation; RAILROAD PASS
    INVESTMENT GROUP, LLC, a Domestic
17  Limited-Liability Company; AMERICAN
    WAGERING, INC., a Domestic Corporation;
18  DOES I -X: ROE CORPORATIONS I -X,

19                  Defendants.

20

21         Plaintiff, KEVIN JOHNSON ("Plaintiff"), and Defendants, WILLIAM HILL HOLDINGS

22  LIMITED, CAESARS ENTERTAINMENT, INC., and AMERICAN WAGERING, INC.

23  ("Defendants"), by and through their counsel of record, Littler Mendelson, P.C., hereby stipulate

24  and agree to the dismissal of this action in its entirety, including all claims and causes of action,

25  with prejudice, each party to bear its own costs and attorneys' fees. As the matter has been resolved,

26  the parties desire to dismiss the action in its entirety with prejudice.

27         The parties agree that no party shall be deemed to be a prevailing party in this action and

28  that no party will file for an award of costs or attorneys' fees pursuant to any rule, statute or law,

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169.5937
702.862.8800

1    whether local, state or federal, in any forum that would be available.

2

3    Dated: May 17, 2023                          Dated: May 17, 2023

4

5    Respectfully submitted,                      Respectfully submitted,

6    */s/ Kevin Johnson*                           */s/ Michael D. Dissinger*

7    KEVIN JOHNSON                                PATRICK H. HICKS, ESQ.
                                                  MICHAEL D. DISSINGER, ESQ.
8    Plaintiff *Pro Se*                            LITTLER MENDELSON, P.C.

9                                                  *Attorneys for Defendants*
                                                   WILLIAM HILL HOLDINGS LIMITED,
10                                                 CAESARS ENTERTAINMENT, INC.,
                                                   AND AMERICAN WAGERING, INC.

11

12                                                 **IT IS SO ORDERED.**

13
                                                   Dated: ___May 22, 2023___
14

15

16                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28